UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TRACEY MORIN,<br><br>    Plaintiff,<br><br>vs.<br><br>JERRY NIELSEN AND JANICE NIELSEN,<br><br>    Defendants. | Case No. CV-19-206-M-KLD<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Jerry Nielsen and Janice Nielsen and against Plaintiff Tracey Morin.

  Dated this 20th day of November, 2020.

        TYLER P. GILMAN, CLERK

        By: /s/ Annie Puhrmann
        Annie Puhrmann, Deputy Clerk